UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division

John Doe
                Plaintiff,

v.                                          Case No.: 1:26−cv−01862
                                              Honorable April M. Perry

Klaas Meertens
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 20, 2026:

      MINUTE entry before the Honorable April M. Perry: Plaintiff's petition to proceeding under a pseudonym [2] is granted at this time. The complaint alleges that Plaintiff was sexually abused and assaulted when he was a minor. Although there is a strong presumption that court proceedings will be conducted in public, "fictitious names are allowed when necessary to protect the privacy of children, rape victims, and particularly vulnerable parties or witnesses." Doe v. Blue Cross & Blue Shield United of Wisconsin, 112 F.3d 869, 872 (7th Cir. 1997). Based on what the Court knows about the case at this initial stage, Plaintiff met all three criteria at the time of the relevant events in this case. The Court will reconsider this ruling should anyone request it at a later stage of proceedings. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.