# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
## Eastern Division

John Doe

              Plaintiff,

v.

Klaas Meertens

              Defendant.

Case No.: 1:26–cv–01862

Honorable April M. Perry

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 26, 2026:

MINUTE entry before the Honorable April M. Perry: Plaintiff's motion to strike briefing schedule [21] is granted, and the Court strikes the briefing schedule on the previously–filed motion to dismiss [16]. Plaintiff is given 60 days to investigate the matters raised in the motion to dismiss for lack of jurisdiction. By 8/27/2026 Plaintiff is to file either a notice of voluntary dismissal or a proposed briefing schedule on the motion to dismiss. Mailed notice (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.